IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER, | 1:10-cv-01105-JLT (HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
| vs. | |
| C.D.C.R., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, the petition concerns events that occurred and conduct by prison personnel working at Calipatria State Prison, Calipatria, California. Calipatria State Prison is located in Imperial County,

1  which lies within the Southern District of California.  Therefore, the petition should have been filed in
2  the United States District Court for the Southern District of California.  In the interest of justice, a
3  federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §
4  1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

5       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
6  District Court for the Southern District of California.

8  IT IS SO ORDERED.

9  Dated:   **June 23, 2010**                                            /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE